COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re The University of Texas MD Anderson Cancer Center

Appellate case number:   01-19-00202-CV

Trial court case number:  2016-14078

Trial court:               165th District Court of Harris County

Relator the University of Texas MD Anderson Cancer Center filed a petition for writ of mandamus as well as a motion for emergency relief, requesting a stay of trial court proceedings. This Court requested a response to the emergency motion and the petition for writ of mandamus, but none were filed.

The motion for emergency relief is **GRANTED** and all trial court proceedings are **STAYED** pending this Court's disposition of the petition for writ of mandamus or further order of this Court.

It is so ORDERED.

Judge's signature: ___Justice Richard Hightower_____

          ☑ Acting individually    ☐ Acting for the Court

Date: 04/10/2019